# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| YAHYA J. AHMED, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 3:11-0682 |
| ) | Judge Trauger |
| DAVIDSON COUNTY SHERIFF'S OFFICE, ) | Magistrate Judge Bryant |
| SHERIFF DARON HALL, LT. F/N/U WALKER, ) | |
| JAIME JOHNSON, Chief of Security, and ) | |
| SORT TEAM, ) | |
| ) | |
| Defendants. ) | |

## O R D E R

On December 8, 2011, the Magistrate Judge issued a Report and Recommendation (Docket No. 33), to which no timely objections have been filed. The Report and Recommendation is therefore **ACCEPTED** and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, the Motion to Dismiss filed by defendants Davidson County Sheriff's Office and Davidson County Sheriff's Office SORT Team (Docket No. 15) is **GRANTED**, and these two defendants are **DISMISSED** from this case.

The court notes that the *pro se* plaintiff has filed documents that seem to indicate the names of individual defendants whom he wishes to include in this case. (Docket No. 35) This case is **RETURNED** to the Magistrate Judge for further consideration under the original Order.

It is so **ORDERED**.

ENTER this 10th day of January 2012.

_____
ALETA A. TRAUGER
U.S. District Judge