UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| YAHYA J. AHMED, | ) |
| Plaintiff, | ) ) ) |
| v. | ) NO. 3:11-0682 |
| | ) Judge Trauger/Bryant |
| DAVIDSON COUNTY SHERIFF'S OFFICE, et al., | ) **Jury Demand** ) ) |
| Defendants. | ) |

## O R D E R

The District Judge has set this matter for a jury trial on **October 9, 2012**, to begin at **9:00 a.m.**, and has further directed the undersigned Magistrate Judge to conduct the pretrial conference (Docket Entry No. 21). A final pretrial conference will be held on **September 21, 2012, at 1:30 p.m.,** in Courtroom 776, U.S. Courthouse, 801 Broadway, Nashville, Tennessee. Lead counsel for each party <u>must</u> attend the pretrial conference.

    1. **Information exchanged but not filed:** By **October 2, 2012,** the parties shall exchange copies of exhibits and make available for examination by any opposing party the original of all exhibits. By this same date, the parties shall exchange designations of portions of depositions which are to be read into evidence during the case-in-chief. The parties should attempt to agree on additions to the designations necessary to put responses into context.

    2. **Filings required prior to pretrial conference:** The following shall be filed by **September 18, 2012**.

        a. witness lists;

        b. exhibit lists (plaintiff's exhibits shall be premarked with numbers; defendants' exhibits shall be premarked with letters. The authenticity of exhibits should be stipulated to if at all possible. Failure to include an exhibit on this exhibit list will result in

its not being admitted into evidence at trial, except upon a showing of good cause.);

c.  stipulations;

d.  an agreed set of jury instructions, in hard copy and on IBM format, WordPerfect compatible disk (one instruction per page, with heading at the top);

3.  **Motions in Limine**: Motions in limine shall be filed by **September 7, 2012**. Responses shall be filed by **September 18, 2012**.

4.  **Pretrial Order**: By **September 18, 2012**, the parties shall file a joint proposed Pretrial Order which shall contain the following:

a.  a recitation that the pleadings are amended to conform to the Pretrial Order and that the Pretrial Order supplants the pleadings;

b.  the jurisdictional basis for the action and whether jurisdiction is disputed;

c.  a short summary of each party's theory (prepared by the party);

d.  a listing of the contested issues of law, with a designation of whether the issue is for the jury or the judge; and,

e.  a listing of known evidentiary disputes, including those involving deposition designations.

5.  **Duration of Trial**: The trial of this case is expected to last **two to three** days.

6.  **Jury Costs**: If the case settles closer to trial than two business days, the cost of summoning the jury may be assessed against the parties.

It is so **ORDERED**.

s/ John S. Bryant  
JOHN S. BRYANT  
United States Magistrate Judge