IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| YAHYA J. AHMED, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 3:11-0682 |
| ) | Judge Trauger |
| JAIME JOHNSON, Chief of Security, ) | Magistrate Judge Bryant |
| ) | |
| Defendant. ) | |

### **O R D E R**

On July 31, 2012, the Magistrate Judge issued a Report and Recommendation (Docket No. 72), to which no timely objections have been filed. The Report and Recommendation is therefore **ACCEPTED** and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby **ORDERED** that the Motion For Summary Judgment filed by defendant Jaime Johnson (Docket No. 61) is **GRANTED**, and this case is **DISMISSED WITH PREJUDICE**. The trial scheduled for October 9, 2012 will be removed from the court's docket.

It is so **ORDERED**.

ENTER this 4th day of September 2012.

					_____
					ALETA A. TRAUGER
					U.S. District Judge